# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISHA MARTILLA,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　　Defendant. | NO. 14-1519 |

## O R D E R

**AND NOW**, this 22nd day of December, 2014, at the joint request of the parties, **IT IS ORDERED** as follows:

1. The Amended Scheduling Order of November 6, 2014, is **VACATED**;

2. The case is **REFERRED** to United States Magistrate Judge Thomas J. Rueter for the scheduling of a settlement conference;

3. Counsel shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled within seven (7) days following the last settlement conference before Magistrate Judge Rueter; and,

4. In the event the case is not reported settled, the Court will convene a conference by telephone for the purpose of scheduling further proceedings.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　───────────────────
　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.